**Order entered April 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-01689-CV

---

### INWOOD NATIONAL BANK, Appellant

### V.

### WELLS FARGO BANK, N.A. AS TRUSTEE AND U.S. TRUST BANK, BANK OF AMERICA PRIVATE WEALTH MANAGEMENT, Appellee

---

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04907**

---

## ORDER

Upon review of the record in the above captioned appeal, Cause No. 05-13-01689-CV, and the appeal in Cause No. 05-14-00380-CV, *U.S. Trust v. Wells Fargo Bank, N.A.*, the Court concludes that there is substantial overlap among the issues presented by the cases. Accordingly, on its own motion the Court **CONSOLIDATES** Cause No. 05-14-00380-CV into Cause No. 05-13-01689-CV. The Court **ORDERS** that all future pleadings be filed in Cause No. 05-13-01689-CV. The reporter's record, if any, in the consolidated appeal is due on or before May

10, 2014.  Any party wishing to supplement the clerk's record may do so on or before May 10, 2014.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE